IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:14CR00001 |
| v. | |
| TOMMY ALEXANDER LIGHTFOOT, JR. | All in violation of: Title 21 U.S.C. 841(a)(1) and (b)(1)(B) Title 21 U.S.C. 846 |

# INDICTMENT

## COUNT ONE

The Grand Jury charges:

1. That on or about September 2, 2013, in the Western Judicial District of Virginia, TOMMY ALEXANDER LIGHTFOOT, JR., did knowingly and intentionally possess with intent to distribute twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

2. All in violation of Title 21, United States Code, Section 846.

A TRUE BILL, this 22 day of January, 2014.

_Christine King_
Foreperson

_Timothy J. Heaphy_
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY